```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

**MARC EDWARD LEMEUR**                                            **PLAINTIFF**

      **v.**             **Civil No. 09-5257**

**SGT. VAUGHN**                                                  **DEFENDANT**

**O R D E R**

Now on this 19th day of October, 2010, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #7), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, this matter is **dismissed with prejudice**.

IT IS SO ORDERED.

                                              /s/ Jimm Larry Hendren  
                                              JIMM LARRY HENDREN  
                                              UNITED STATES DISTRICT JUDGE